IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  99-cv-00332-WYD-CBS

AD-X INTERNATIONAL, INC.;
ALL STATES MEDIA, INC.;
ALL STATES LEGAL REFERRAL SERVICES, INC.;
ALL STATES CAPITAL CORPORATION; and
LARRY MACPHALE,
    Plaintiffs,
v.

KENNETH E. KOLBJORNSEN;
HANNELORE S. KOLBJORNSEN;
NATIONAL LAWYERS REFERRAL NETWORK; and
LAWYERS AMERICA, INC.,
    Defendants.

---

ORDER REGARDING CLAIM OF EXEMPTION
TO WRIT OF GARNISHMENT BY GERDA KOLBJORNSEN

---

Magistrate Judge Craig B. Shaffer

    This civil action came before the court on July 12, 2006 for hearing on "Judgment Creditors' Request for Hearing Forthwith on Intervenor's Claim of Exemption to Writ of Garnishment" (filed May 16, 2006) (doc. # 304), among other things. Pursuant to the Order of Reference dated November 29, 2000 (doc. # 158), the reassignment dated January 18, 2001 (doc. # 161), and the memorandum dated May 18, 2006 (doc. # 305), this matter was referred to the Magistrate Judge. The court has reviewed the pending matter, the entire case file, the arguments presented at the hearing held July 12, 2006, and the applicable law and is sufficiently advised in the premises.

1

On April 10, 2003, the District Court entered judgment in favor of Judgment Creditors and against Judgment Debtors Kenneth E. Kolbjornsen, Hannelore S. Kolbjornsen, National Lawyers Referral Network, Inc., and Lawyers America, Inc. (*See* doc. # 248).  In the course of attempting to collect on the judgment, Judgment Creditors have served Writs of Garnishment on various financial institutions where they believed Judgment Debtors may be maintaining assets.  On January 27, 2006, J.P. Morgan Chase Bank N.A. responded to a Writ of Garnishment that had been served on it, stating that it held $2,221.73 in an account in the names of Kenneth Kolbjornsen and Gerda Kolbjornsen.

Gerda Kolbjornsen is Kenneth Kolbjornsen's mother.  Gerda Kolbjornsen subsequently filed a Claim of Exemption, alleging that the garnished funds are "deposits from my monthly Social Security checks and retirement benefits" that belong to her and that her son, Kenneth Kolbjornsen, was named on the account merely "to assist me administratively in my banking needs." (*See* Claim of Exemption (doc. # 297)).

In Minute Orders dated June 2, 2006 (doc. # 306) and June 5, 2006 (doc. # 307), the court directed Gerda Kolbjornsen to appear at the hearing on July 12, 2006.  On July 12, 2006, Plaintiff Larry MacPhale appeared in person and through counsel, John G. Nelson.  Gerda Kolbjornsen did not appear and none of the Defendants appeared.  The court held "Judgment Creditors' Request for Hearing Forthwith on Intervenor's Claim of Exemption to Writ of Garnishment" (doc. # 304) in abeyance pending a further hearing set on August 3, 2006 at 3:30 p.m.  Accordingly,

IT IS ORDERED that:

1. In order for Gerda Kolbjornsen to support her claim for an exemption, she or her legal representative must present admissible evidence to the court at the hearing set on August 3, 2006 at 3:30 p.m.

2. Failure to present admissible evidence to support her claim for an exemption may result in denial by the court of Gerda Kolbjornsen's claim for an exemption.

Dated at Denver, Colorado this 13th day of July, 2006.

BY THE COURT

*s/Craig B. Shaffer*
United States Magistrate Judge