IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  99-cv-00332-WYD-CBS

AD-X INTERNATIONAL, INC.;
ALL STATES MEDIA, INC.;
ALL STATES LEGAL REFERRAL SERVICES, INC.;
ALL STATES CAPITAL CORPORATION; and
LARRY MACPHALE,
    Plaintiffs,
v.

KENNETH E. KOLBJORNSEN;
HANNELORE S. KOLBJORNSEN;
NATIONAL LAWYERS REFERRAL NETWORK; and
LAWYERS AMERICA, INC.,
    Defendants.

## ORDER

Magistrate Judge Craig B. Shaffer

    This civil action came before the court for a hearing on, *inter alia*, Judgment Creditors' Motion for Contempt Against Defendant/Judgment Debtor Hannelore Kolbjornsen (filed August 11, 2006) (doc. # 315).  Pursuant to the Order of Reference dated November 29, 2000 (doc. # 158) and the memorandum dated August 15, 2006 (doc. # 316), the motion was referred to the Magistrate Judge.  In light of: (1) the appearance of Hannelore Kolbjornsen at the hearing held on November 22, 2006, (2) Judgment Creditors' agreement to withdraw the request for contempt, and (3) the court's discharge of the Order to Show Cause dated August 15, 2006 (doc. # 317),

    IT IS ORDERED that Judgment Creditors' Motion for Contempt Against

1

Defendant/Judgment Debtor Hannelore Kolbjornsen (filed August 11, 2006) (doc. # 315) is DENIED AS MOOT.

Dated at Denver, Colorado this 22nd day of November, 2006.

BY THE COURT

*s/Craig B. Shaffer*
United States Magistrate Judge