**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

Civil Action No.: 99-cv-00332-WYD-CBS

**FTR** - Reporter Deck - Courtroom A402

Date: August 19, 2008

**Courtroom Deputy:** Ben Van Dyke

AD-X INTERNATIONAL, INC., *et al.*,

John G. Nelson
Theodore P. Coates

    **Plaintiffs,**

    v.

HANNELORE S. KOLBJORNSEN
KENNETH E. KOLBJORNSEN,

No appearance

    **Defendants.**

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:** **MOTIONS HEARING**
**Court in Session:** **2:03 p.m.**
Court calls case. Appearances of plaintiffs' counsel. No appearance for defendants.

Mr. Nelson discusses the Kolbjornsen's believed current address with the court. Mr. Nelson states that the address on South Florence Way is the address where he believes the defendants are currently residing.

**ORDERED:** **The Judgment Creditors' Renewed Motion for Issuance of Order to Show Cause [filed June 30, 2008; doc. 342] is granted for the reasons stated on the record. An Order to Show Cause shall issue, which shall be served on the defendants by the plaintiffs.**

HEARING CONCLUDED.

**Court in recess:** **2:14 p.m.**
Total time in court: 00:11