UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 99-cv-00332-WYD-CBS

AD-X INTERNATIONAL, INC.;
ALL STATES MEDIA, INC.;
ALL STATES LEGAL REFERRAL SERVICES, INC.;
ALL STATES CAPITAL CORPORATION; and
LARRY MACPHALE,

    Plaintiffs,

v.

KENNETH E. KOLBJORNSEN;
HANNELORE S. KOLBJORNSEN;
NATIONAL LAWYERS REFERRAL NETWORK; and
LAWYERS AMERICA, INC.,

    Defendants.

_____

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**
_____

THIS MATTER is before the Court on Judgment Creditor's Renewed Motion for Issuance of Order to Show Cause (filed June 30, 2008). The Motion was referred to Magistrate Judge Shaffer for a recommendation by Memorandum dated July 1, 2008.

On August 19, 2008, Magistrate Judge Shaffer issued a Minute Order granting the Motion and indicating that an Order to Show Cause would be issued. An Order to Show Cause was issued on August 20, 2008, which ordered Kenneth Kolbjornsen and Hannelore Kolbjornsen to appear in person on September 24, 2008, to show cause why they should not be held in contempt for: (a) failing to provide contact information for their

adult children as ordered by the court; (b) failing to cooperate in the scheduling of an interview with Gerda Kolbjornsen as ordered by the court; (c) failing to provide truthful answers to questions regarding their income, assets, and expenditures in post-judgment depositions conducted in this matter; and (d) failing to provide truthful answers to questions regarding their income, assets, and expenditures in responses to post-judgment interrogatories served upon them in this matter. Kenneth and Hannelore Kolbjornsen were warned that failure to appear in person with or without counsel on September 24, 2008 may result in findings of contempt and/or liability for costs and attorney fees against them.

A show cause hearing was held on September 24, 2008. Judgment Debtors did not appear at the hearing. A Recommendation of United States Magistrate Judge was filed September 25, 2008. Magistrate Judge Shaffer found therein that Judgment Creditors established by clear and convincing evidence that Judgment Debtors Kenneth and Hannelore Kolbjornsen had knowledge of and disobeyed a Court Order of January 10, 2007, and the August 20, 2008, Order to Show Cause. *Id.* at 4. He further found that Judgment Debtors received adequate notice of the Court's Order to Show Cause. *Id.* While he acknowledged that the Order to Show Cause addressed to Gerda Kolbjornsen was returned as undeliverable, no other mail was returned as undeliverable, including the Order to Show Cause sent to the Judgment Debtors. *Id.* at 3. Further, he noted that counsel for the Judgment Debtors indicated that Kenneth Kolbjornsen was aware that the Court would issue an Order to Show Cause. *Id.* Accordingly, he found that due process was satisfied as to Judgment Debtors and that a contempt sanction should issue.

Magistrate Judge Shaffer considered what sanction should be imposed and found, based on the record, "that nothing short of coercive imprisonment would secure compliance with the court's orders by the Judgment Debtors, who have failed throughout the proceedings in this case since 1999 to comply with court orders." Recommendation at 7. Thus, he recommended that Judgment Debtors Kenneth Kolbjornsen and Hannelore Kolbjornsen be found in civil contempt for: (1) failing to comply with the Court's Order of January 10, 2007 to provide contact information for their adult children as ordered by the Court and to cooperate in the scheduling of an interview with Gerda Kolbjornsen; (2) failing to provide sworn answers to questions regarding their income, assets, and expenditures in their post-judgment depositions and in their responses to post-judgment interrogatories; and (3) failing to comply with the Court's August 20, 2008 Order to Show Cause. *Id.* at 7. He further recommended that: (1) the Judgment Debtors be arrested and coercively incarcerated until they purge themselves of contempt by complying with the Court's January 10, 2007 orders and the court's August 20, 2008 Order to Show Cause and providing sworn answers to questions regarding their income, assets, and expenditures; (2) upon the arrest and coercive incarceration of Judgment Debtors, the court hold a prompt hearing to address Judgment Debtors' contempt; and (3) a bench warrant issue for the United States Marshal to arrest Judgment Debtors Kenneth Kolbjornsen and Hannelore Kolbjornsen. *Id.* at 7-8.

Magistrate Judge Shaffer advised that written objections were due within ten days after service of a copy of the Recommendation. *Id.* at 8. Despite this advisement, no objections were filed by Judgment Debtors Kenneth and Hannelore Kolbjornsen or

any other party.  No objections having been filed, I am vested with discretion to review the recommendation "under any standard [I] deem[] appropriate."  *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").  Nonetheless, though not required to do so, I review the recommendation to "satisfy [my]self that there is no clear error on the face of the record."[1]  See FED. R. CIV. P. 72(b) advisory committee's notes.

Having reviewed the recommendation, I am satisfied that there is no clear error on the face of the record.  I agree with Magistrate Judge Shaffer that given the record in this case of repeated violations of Orders by the Judgment Debtors, no sanction less than coercive imprisonment would secure compliance with the Court's Orders.  I further find that Judgment Debtors received adequate notice of the Show Cause hearing and failed to appear and that due process has been satisfied.  *See* Recommendation at 5-6.  Finally, I note that while it appears the Minutes of the Show Cause hearing were returned as undeliverable to Judgment Debtor Hannelore Kolbjornsen (Doc. # 351), there is no indication in the record that she did not receive the Recommendation.  Further, the Recommendation was sent to her husband Kenneth Kolbjornsen, and there is no indication that he did not receive it.  Accordingly, I find that the Recommendation is appropriate and should be affirmed and adopted in its entirety.

---

[1] Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, FED. R. CIV. P. 72(a), which in turn is less than a *de novo* review, FED. R. CIV. P. 72(b).

Based upon the foregoing, it is

ORDERED that the Recommendation of United States Magistrate Judge filed September 25, 2008, is **AFFIRMED** and **ADOPTED**. In accordance therewith, it is

ORDERED that Judgment Debtors Kenneth Kolbjornsen and Hannelore Kolbjornsen are found in civil contempt for: (1) failing to comply with the Court's orders of January 10, 2007 to provide contact information for their adult children as ordered by the court and to cooperate in the scheduling of an interview with Gerda Kolbjornsen; (2) failing to provide sworn answers to questions regarding their income, assets, and expenditures in their post-judgment depositions and in their responses to post-judgment interrogatories; and (3) failing to comply with the Court's August 20, 2008 Order to Show Cause. It is

FURTHER ORDERED that Judgment Debtors Kenneth Kolbjornsen and Hannelore Kolbjornsen shall be arrested and coercively incarcerated until they purge themselves of contempt by complying with the Court's January 10, 2007 orders and the Court's August 20, 2008 Order to Show Cause and providing sworn answers to questions regarding their income, assets, and expenditures. It is

FURTHER ORDERED that upon the arrest and coercive incarceration of Judgment Debtors Kenneth Kolbjornsen and Hannelore Kolbjornsen, the Court shall hold a prompt hearing to address Judgment Debtors' contempt. Finally, it is

ORDERED that a bench warrant shall issue for the United States Marshal to arrest Judgment Debtors Kenneth Kolbjornsen and Hannelore Kolbjornsen.

Dated: November 26, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief U. S. District Judge